IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEMARCUS TYES**                                                                                      **PLAINTIFF**

v.                           Case No. 4:23-cv-00089-KGB

**PULASKI COUNTY DETENTION CENTER**                                     **DEFENDANT**

## ORDER

Before the Court is the recommended disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 5). No objections to the Recommendation have been filed, and the time for filing objections has passed. After careful review, the Court adopts the Recommendation in its entirety as the Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff Demarcus Tyes's complaint for failure to prosecute (Dkt. No. 1). *See* Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2). The Court denies the requested relief and certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 2nd day of June, 2025.

_____
Kristine G. Baker
Chief United States District Judge