IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEMARCUS TYES**                                                                                      **PLAINTIFF**

v.                            Case No. 4:23-cv-00089-KGB

**PULASKI COUNTY DETENTION CENTER**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Demarcus Tyes's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 2nd day of June, 2025.

_____
Kristine G. Baker
Chief United States District Judge